BTK:dmc
F. #2022R00347

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

CARMINE AGNELLO,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. _____-_____(_____)

**CR24   366**

**CHOUDHURY, J.**

LINDSAY, M.J.

*FILED*
*IN CLERK'S OFFICE*
*U.S. DISTRICT COURT E.D.N.Y.*
★ SEP 12 2024 ★
*LONG ISLAND OFFICE*

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant CARMINE AGNELLO's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Central Islip, New York
           September 12, 2024

                                            BREON PEACE
                                            United States Attorney
                                            Eastern District of New York
                                            Attorney for Plaintiff
                                            610 Federal Plaza
                                            Central Islip, New York 11722

                By:    */s/ Bradley T. King*
                         Bradley T. King
                         Assistant United States Attorney
                         (631) 715-7875

Cc:    Clerk of the Court
         James Frocarro