

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BTK
F. #2022R00347

*610 Federal Plaza*
*Central Islip, New York 11722*

September 19, 2024

<u>By ECF</u>

The Honorable Nusrat J. Choudhury
United States District Court
100 Federal Plaza
Central Islip, NY 11722

   Re: <u>United States v. Carmine G. Agnello</u>
      <u>24-CR-366 (NJC)</u>

Dear Judge Choudhury:

   Pursuant to Federal Rule of Criminal Procedure 36, with the defendant's consent and following consultation with the Clerk's Office, the government moves to amend the previously filed Notice of Motion, Information Sheet and the Docket in the above-captioned case to set forth the defendant's name as "CARMINE G. AGNELLO." This name will be reflected on the Information that will be filed in this case on September 26, 2024. The failure to include the defendant's middle initial, which will assist in better identifying him and avoiding confusion with another defendant, who was previously charged

in an unrelated federal prosecution, was an inadvertent oversight that can be corrected "at any time" under Federal Rule of Criminal Procedure 36.  See Fed. R. Crim. P. 36 ("[T]he court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission."); United States v. Jacques, 6 F.4th 337, 341 (2d Cir. 2021) (citing Marmolejos v. United States, 789 F.3d 66, 68 (2d Cir. 2015) and explaining that under Rule 36 correctable "[c]lerical errors include such mistakes as . . . the misspelling of the defendant's name.").

      Revised copies of the Notice of Motion and Information Sheet are attached. Thank you for consideration of this request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/Bradley T. King
      Bradley T. King
      Assistant U.S. Attorney
      (631) 715-7875

Attachments

cc:   James Frocarro, Esq. (by ECF and E-mail)