# EXHIBIT A

BTK:dmc
F. #2022R00347

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

CARMINE G. AGNELLO

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 24-MJ-366 (NJC)

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant CARMINE G. AGNELLO's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Central Islip, New York
            September 19, 2024

                                      BREON PEACE
                                      United States Attorney
                                      Eastern District of New York
                                      Attorney for Plaintiff
                                      610 Federal Plaza
                                      Central Islip, New York 11722

                         By:    /s/ Bradley T. King
                                Bradley T. King
                                Assistant United States Attorney
                                (631) 715-7875

Cc:    Clerk of the Court
        James Frocarro