LAW OFFICES OF

# JEFFREY LICHTMAN

441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

April 13, 2026

**VIA ECF**
Hon. Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: **United States v. Carmine G. Agnello, 24 CR 366 (NJC)**

Dear Judge Choudhury:

We write on behalf of defendant Carmine Agnello to respectfully update the Court with regard to three issues in advance of Mr. Agnello's April 20, 2026 sentencing following our review of the defendant's file and the submissions in this case.

First, despite the great bulk of the defendant's February 4, 2026 sentencing submission ("Defendant's Mem.") by prior counsel being dedicated to Mr. Agnello's donation of his kidney to his mother, Victoria Gotti, ███████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████ ⌐ ███████████████████████████████████████
████████████████████████████████████████████████

We apologize to the Court for prior counsel's voluminous argument (some 37 pages of the brief and 203 pages of exhibits) for a variance based on "extraordinary family circumstances" related to a surgical procedure – which has not yet even taken place ███████████████
████████████████████ Present counsel does not think these facts alone fulfill the

---

[1] Consistent with Your Honor's prior orders in this case, an unredacted version of this letter has been provided for filing under seal, with a publically accessible version omitting medical records and with only narrow redactions filed on ECF.

traditional "family circumstances" downward departure/variance argument. We simply ask that the Court recognize the defendant's offer to aid his mother and donate his kidney as an exceptionally good deed, with serious risks attached, warranting consideration as part of the "history and characteristics of the defendant." See 18 U.S.C. § 3553(a). ████████████
████████████████████████████████████████████████████████
████████████████

Second, while the defendant does not dispute that his three "fraudulent online applications for ... EIDL loans" contained materially "false ... statements about the number of employees, the intended use of the loan proceeds, and that the defendant did not have a criminal record," (Govt's Sentencing Ltr. at p. 2) Crown Auto Parts ("Crown") was at one point an operating salvage yard with legitimate expenses and with certain funds being disbursed by the SBA long before July 2021, when the government contends that the company ceased operations.

For example, on June 2, 2020, Crown received a $150k disbursement from the SBA (Exhibit A to Govt's Sentencing Ltr. at p. 3) the same calendar year that the company was responsible for $162,439.95 in payroll, of which $102,439.95 was paid to employees other than the defendant and his brother, John Agnello. See Crown 2020 Payroll Records, attached as Exhibit B. Similarly, in 2021 – the year that the defendant received the balance of the fraudulently obtained EIDL loans from the SBA – Crown was responsible for $257,160.11 in payroll, of which $34,160 was paid to employees other than the defendant and John Agnello. See Crown 2021 Payroll Records, attached as Exhibit C. And on September 22, 2021, $27,000 was paid to Atlas Concrete by Victoria Gotti on behalf of the defendant as part of remediation work to Crown's salvage yard, located at 155-11 Liberty Avenue in Jamaica, New York. See September 22, 2021 Check Image, attached as Exhibit D. This work was required by New York's Department of Environmental Conservation following an oil spill at the salvage yard.

In providing this information for the Court's review, our point is not that the defendant properly utilized the loan proceeds that he received – he did not, and indeed at the very least, he improperly used $420k in disbursements by investing in a cryptocurrency business and wired another $98k to Coinbase, the cryptocurrency exchange. See Presentence Investigation Report ("PSR") at ¶ 5. Instead, our point is simply that this was not a situation where the defendant outright stole $1,146,320 by using a dormant shell company to pose as a legitimate ongoing concern – Crown was an operating salvage yard with employees, equipment and expenses.

Third, the PSR contains an error in that it attributes to the defendant a March 20, 2022 judgment on behalf of John Napolitano in Bronx County Supreme Court in the amount of $242,728. This judgment is against Mr. Agnello's father, who has the same name. See PSR at ¶ 55. Additionally, Mr. Agnello's financial condition has continued to deteriorate since the initial

disclosure of the PSR in June 2025.  For example, he no longer owns the Mercedes S550 (PSR at ¶ 53) and he resides with his mother in Oyster Bay, New York.

Thank you for the Court's consideration of this letter.

Respectfully submitted,

Jeffrey Lichtman
Jeffrey Einhorn

Encs.

cc:    Charles Peter Kelly, Esq.
       Assistant United States Attorney (by ECF)

# EXHIBIT A



# EXHIBIT B

# #XXXXCAPR Crown Auto Parts & Recycling Inc

| Payroll Register (S109) | |
|---|---|
| Check Date : | 01/24/2020-1 TO 12/31/2020-3 |
| Period Range : | 01/19/2020 TO 01/02/2021 |
| Week Number : | Week #53 |

| Employee Name | | | | | | | | Check Number | Check Date | Check Type | Net Check |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Earnings Description | Rate of Pay | Current Hours | Current Amount | YTD Hours | YTD Amount | Deductions Description | Current Amount | YTD Amount | Taxes Description | Current Amount | YTD Amount |
| **Agnello, Carmine  - 2 -** | | | | | | | | | | | |
| 01 Salary | 0.00 | 0.00 | 22,000.00 | 0.00 | 22,000.00 | 50 NY SDI | 6.60 | 6.60 | Federal | 3,834.71 | 3,834.71 |
| | | | | | | YSNYS PFL | 59.40 | 59.40 | OASDI | 1,364.00 | 1,364.00 |
| | | | | | | | | | Medicare | 319.00 | 319.00 |
| | | | | | | | | | State NY | 1,199.99 | 1,199.99 |
| Employee Totals: | | 0.00 | 22,000.00 | 0.00 | 22,000.00 | | 66.00 | 66.00 | | 6,717.70 | 6,717.70 |
| **Agnello, John  - 1 -** | | | | | | | | | | | |
| 01 Salary | 0.00 | 0.00 | 38,000.00 | 0.00 | 38,000.00 | 50 NY SDI | 11.40 | 11.40 | Federal | 6,623.59 | 6,623.59 |
| | | | | | | YSNYS PFL | 102.60 | 102.60 | OASDI | 2,356.00 | 2,356.00 |
| | | | | | | | | | Medicare | 551.00 | 551.00 |
| | | | | | | | | | State NY | 2,072.71 | 2,072.71 |
| Employee Totals: | | 0.00 | 38,000.00 | 0.00 | 38,000.00 | | 114.00 | 114.00 | | 11,603.30 | 11,603.30 |
| **Bonilla, Estaban  - 6 -** | | | | | | | | | | | |
| 01 Salary | 100.00 | 0.00 | 10,479.25 | 0.00 | 10,479.25 | 50 NY SDI | 19.63 | 19.63 | Federal | 2,047.33 | 2,047.33 |
| 02 Daily | 100.00 | 100.00 | 10,000.00 | 100.00 | 10,000.00 | YSNYS PFL | 43.03 | 43.03 | OASDI | 1,269.71 | 1,269.71 |
| | | | | | | | | | Medicare | 296.95 | 296.95 |
| | | | | | | | | | State NY | 801.51 | 801.51 |
| | | | | | | | | | New York City Res. | 559.72 | 559.72 |
| Employee Totals: | | 100.00 | 20,479.25 | 100.00 | 20,479.25 | | 62.66 | 62.66 | | 4,975.22 | 4,975.22 |
| **Hutchonson, Nigel  - 21 -** | | | | | | | | | | | |
| 02 Daily | 120.00 | 4.00 | 480.00 | 4.00 | 480.00 | YSNYS PFL | 1.30 | 1.30 | Federal | 45.03 | 45.03 |
| 01 1099 NEC | 120.00 | 10.00 | 1,200.00 | 10.00 | 4,440.00 | | | | OASDI | 29.76 | 29.76 |
| 01 1099 NEC | 0.00 | 0.00 | 3,240.00 | 10.00 | 4,440.00 | | | | Medicare | 6.96 | 6.96 |
| | | | | | | | | | State NY | 15.68 | 15.68 |
| Employee Totals: | | 14.00 | 4,920.00 | 14.00 | 4,920.00 | | 1.30 | 1.30 | | 97.43 | 97.43 |
| **Lopez, Efrain  - 14 -** | | | | | | | | | | | |
| 01 Salary | 133.33 | 0.00 | 4,893.71 | 0.00 | 4,893.71 | 50 NY SDI | 7.77 | 7.77 | Federal | 426.68 | 426.68 |
| 02 Daily | 133.33 | 13.00 | 1,733.34 | 13.00 | 1,733.34 | YSNYS PFL | 12.84 | 12.84 | OASDI | 410.87 | 410.87 |
| | | | | | | | | | Medicare | 96.10 | 96.10 |
| | | | | | | | | | State NY | 158.59 | 158.59 |
| | | | | | | | | | New York City Res. | 112.07 | 112.07 |

**Reliable Payroll Services**
phone: ▮
fax: ▮
e-mail: ▮

Date Printed: 04/06/2026 1:11:08 PM (UTC-05:00)

Page 1

# #XXXXCAPR Crown Auto Parts & Recycling Inc

**Payroll Register (S109)**

| | |
|---|---|
| Check Date : | 01/24/2020-1 TO 12/31/2020-3 |
| Period Range : | 01/19/2020 TO 01/02/2021 |
| Week Number : | Week #53 |

| Employee Name | | | | | | | | | Check Number | Check Date | Check Type | Net Check |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Earnings Description | Rate of Pay | Current Hours | Current Amount | YTD Hours | YTD Amount | Deductions Description | Current Amount | YTD Amount | Taxes Description | | Current Amount | YTD Amount |
| Employee Totals: | | 13.00 | 6,627.05 | 13.00 | 6,627.05 | | 20.61 | 20.61 | | | 1,204.31 | 1,204.31 |
| **Manso, Francisco - 22 -** | | | | | | | | | | | | |
| 01 Salary | 0.00 | 0.00 | 12,796.16 | 0.00 | 12,796.16 | 50 NY SDI | 11.98 | 11.98 | Federal | | 1,284.63 | 1,284.63 |
| | | | | | | YSNYS PFL | 34.53 | 34.53 | OASDI | | 793.36 | 793.36 |
| | | | | | | | | | Medicare | | 185.63 | 185.63 |
| | | | | | | | | | State NY | | 505.99 | 505.99 |
| Employee Totals: | | 0.00 | 12,796.16 | 0.00 | 12,796.16 | | 46.51 | 46.51 | | | 2,769.61 | 2,769.61 |
| **Menchel, Fidel - 3 -** | | | | | | | | | | | | |
| 01 Salary | 120.00 | 0.00 | 2,343.58 | 0.00 | 2,343.58 | YSNYS PFL | 3.92 | 3.92 | Federal | | 131.73 | 131.73 |
| | | | | | | | | | OASDI | | 145.30 | 145.30 |
| | | | | | | | | | Medicare | | 33.98 | 33.98 |
| | | | | | | | | | State NY | | 54.12 | 54.12 |
| | | | | | | | | | New York City Res. | | 37.44 | 37.44 |
| Employee Totals: | | 0.00 | 2,343.58 | 0.00 | 2,343.58 | | 3.92 | 3.92 | | | 402.57 | 402.57 |
| **Nwozuzu, Kelechi G - 20 -** | | | | | | | | | | | | |
| 01 Salary | 0.00 | 0.00 | 3,799.62 | 0.00 | 3,799.62 | 50 NY SDI | 3.94 | 3.94 | Federal | | 207.40 | 207.40 |
| | | | | | | YSNYS PFL | 11.17 | 11.17 | OASDI | | 235.58 | 235.58 |
| | | | | | | | | | Medicare | | 55.09 | 55.09 |
| | | | | | | | | | State NY | | 81.24 | 81.24 |
| | | | | | | | | | New York City Res. | | 56.82 | 56.82 |
| Employee Totals: | | 0.00 | 3,799.62 | 0.00 | 3,799.62 | | 15.11 | 15.11 | | | 636.13 | 636.13 |
| **Rojas, Edgar - 13 -** | | | | | | | | | | | | |
| 01 Salary | 133.33 | 0.00 | 14,126.72 | 0.00 | 14,126.72 | 50 NY SDI | 21.40 | 21.40 | Federal | | 1,357.85 | 1,357.85 |
| 02 Daily | 133.33 | 76.00 | 10,133.33 | 76.00 | 10,133.33 | YSNYS PFL | 65.50 | 65.50 | OASDI | | 1,504.13 | 1,504.13 |
| | | | | | | | | | Medicare | | 351.77 | 351.77 |
| | | | | | | | | | State NY | | 928.03 | 928.03 |
| | | | | | | | | | New York City Res. | | 651.00 | 651.00 |
| Employee Totals: | | 76.00 | 24,260.05 | 76.00 | 24,260.05 | | 86.90 | 86.90 | | | 4,792.78 | 4,792.78 |
| **Ruiz, Jose L - 11 -** | | | | | | | | | | | | |
| 01 Salary | 120.00 | 0.00 | 8,373.28 | 0.00 | 8,373.28 | 50 NY SDI | 6.81 | 6.81 | Federal | | 480.40 | 480.40 |
| | | | | | | YSNYS PFL | 24.87 | 24.87 | OASDI | | 519.14 | 519.14 |

**Reliable Payroll Services**
phone: ▮
fax: ▮
e-mail: ▮

Date Printed: 04/06/2026 1:11:08 PM (UTC-05:00)

Page 2

# #XXXXCAPR Crown Auto Parts & Recycling Inc

| Payroll Register (S109) | |
|---|---|
| Check Date : | 01/24/2020-1 TO 12/31/2020-3 |
| Period Range : | 01/19/2020 TO 01/02/2021 |
| Week Number : | Week #53 |

| Employee Name | | | | | | | | Check Number | Check Date | Check Type | Net Check |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Earnings Description | Rate of Pay | Current Hours | Current Amount | YTD Hours | YTD Amount | Deductions Description | Current Amount | YTD Amount | Taxes Description | Current Amount | YTD Amount |
| | | | | | | | | | Medicare | 121.41 | 121.41 |
| | | | | | | | | | State NY | 202.29 | 202.29 |
| | | | | | | | | | New York City Res. | 140.39 | 140.39 |
| Employee Totals: | | 0.00 | 8,373.28 | 0.00 | 8,373.28 | | 31.68 | 31.68 | | 1,463.63 | 1,463.63 |
| **Smith, Christopher M - 7 -** | | | | | | | | | | | |
| 01 Salary | 166.67 | 0.00 | 14,840.88 | 0.00 | 14,840.88 | 50 NY SDI | 14.29 | 14.29 | Federal | 1,961.59 | 1,961.59 |
| 02 Daily | 166.67 | 24.00 | 4,000.08 | 24.00 | 4,000.08 | YSNYS PFL | 50.87 | 50.87 | OASDI | 1,168.13 | 1,168.13 |
| | | | | | | | | | Medicare | 273.19 | 273.19 |
| | | | | | | | | | State NY | 821.65 | 821.65 |
| Employee Totals: | | 24.00 | 18,840.96 | 24.00 | 18,840.96 | | 65.16 | 65.16 | | 4,224.56 | 4,224.56 |
| **Company** | | | | | | **91 Checks** | **11 EMPLOYEES** | | | | 123,038.86 |
| 01 Salary | 0.00 | 0.00 | 131,653.20 | 0.00 | 131,653.20 | 50 NY SDI | 103.82 | 103.82 | Federal | 18,400.94 | 18,400.94 |
| 02 Daily | 0.00 | 217.00 | 26,346.75 | 217.00 | 26,346.75 | YSNYS PFL | 410.03 | 410.03 | OASDI | 9,795.98 | 9,795.98 |
| 01 1099 NEC | 0.00 | 10.00 | 4,440.00 | 10.00 | 4,440.00 | | | | Medicare | 2,291.08 | 2,291.08 |
| | | | | | | | | | State NY | 6,841.80 | 6,841.80 |
| | | | | | | | | | New York City Res. | 1,557.44 | 1,557.44 |
| | | | | | | | | | | **38,887.24** | **38,887.24** |
| | | | | | | | | | ER OASDI | 9,795.98 | 9,795.98 |
| | | | | | | | | | ER MEDICARE | 2,290.99 | 2,290.99 |
| | | | | | | | | | ER FUI | 373.50 | 373.50 |
| | | | | | | | | | NY-Re-employment | -0.03 | -0.03 |
| | | | | | | | | | NY-SUI | 2,850.75 | 2,850.75 |
| | | | | | | | | | NY-Re-employment | 68.45 | 68.45 |
| | | | | | | | | | | **15,379.64** | **15,379.64** |
| Company Totals: | | 227.00 | 162,439.95 | 227.00 | 162,439.95 | | 513.85 | 513.85 | | 54,266.88 | 54,266.88 |

**Reliable Payroll Services**
phone: ▮
fax: ▮
e-mail: ▮

Date Printed: 04/06/2026 1:11:09 PM (UTC-05:00)

Page 3

# EXHIBIT C

# #XXXXCAPR Crown Auto Parts & Recycling Inc

| Payroll Register (S109) | |
|---|---|
| Check Date : | 01/08/2021-1 TO 12/31/2021-1 |
| Period Range : | 01/01/2021 TO 12/31/2021 |
| Week Number : | Week #53 |

| Employee Name | | | | | | | | | Check Number | Check Date | Check Type | Net Check |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Earnings Description | Rate of Pay | Current Hours | Current Amount | YTD Hours | YTD Amount | Deductions Description | Current Amount | YTD Amount | Taxes Description | | Current Amount | YTD Amount |

**Agnello, Carmine - 2 -**

| Earnings | Rate | Cur Hours | Cur Amount | YTD Hours | YTD Amount | Deduction | Cur Amt | YTD Amt | Tax | Cur Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 Salary | 0.00 | 0.00 | 201,000.00 | 0.00 | 201,000.00 | 50 NY SDI | 6.60 | 6.60 | Federal | 3,814.69 | 3,814.69 |
| | | | | | | YSNYS PFL | 385.34 | 385.34 | OASDI | 8,853.60 | 8,853.60 |
| | | | | | | | | | Medicare | 2,923.50 | 2,923.50 |
| | | | | | | | | | State NY | 1,182.28 | 1,182.28 |
| Employee Totals: | | 0.00 | 201,000.00 | 0.00 | 201,000.00 | | 391.94 | 391.94 | | 16,774.07 | 16,774.07 |

**Agnello, John - 1 -**

| Earnings | Rate | Cur Hours | Cur Amount | YTD Hours | YTD Amount | Deduction | Cur Amt | YTD Amt | Tax | Cur Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 Salary | 0.00 | 0.00 | 22,000.00 | 0.00 | 22,000.00 | 50 NY SDI | 6.60 | 6.60 | Federal | 3,814.69 | 3,814.69 |
| | | | | | | YSNYS PFL | 112.42 | 112.42 | OASDI | 1,364.00 | 1,364.00 |
| | | | | | | | | | Medicare | 319.00 | 319.00 |
| | | | | | | | | | State NY | 1,182.28 | 1,182.28 |
| Employee Totals: | | 0.00 | 22,000.00 | 0.00 | 22,000.00 | | 119.02 | 119.02 | | 6,679.97 | 6,679.97 |

**Hutchonson, Nigel - 21 -**

| Earnings | Rate | Cur Hours | Cur Amount | YTD Hours | YTD Amount | Deduction | Cur Amt | YTD Amt | Tax | Cur Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 Daily | 120.00 | 5.00 | 600.00 | 5.00 | 600.00 | 90 Loan/ Misc Repa | 50.00 | 50.00 | Federal | 59.06 | 59.06 |
| 01 1099 NEC | 136.92 | 26.00 | 3,560.00 | 26.00 | 3,560.00 | YSNYS PFL | 3.07 | 3.07 | OASDI | 37.20 | 37.20 |
| | | | | | | | | | Medicare | 8.70 | 8.70 |
| | | | | | | | | | State NY | 22.79 | 22.79 |
| Employee Totals: | | 31.00 | 4,160.00 | 31.00 | 4,160.00 | | 53.07 | 53.07 | | 127.75 | 127.75 |

**Lopez, Efrain - 14 -**

**Manso, Francisco - 22 -**

| Earnings | Rate | Cur Hours | Cur Amount | YTD Hours | YTD Amount | Deduction | Cur Amt | YTD Amt | Tax | Cur Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 Daily | 120.00 | 90.00 | 10,800.00 | 90.00 | 10,800.00 | 50 NY SDI | 9.60 | 9.60 | Federal | 771.36 | 771.36 |
| | | | | | | 90 Loan/ Misc Repa | 200.00 | 200.00 | OASDI | 669.60 | 669.60 |
| | | | | | | YSNYS PFL | 55.21 | 55.21 | Medicare | 156.60 | 156.60 |
| | | | | | | | | | State NY | 436.40 | 436.40 |
| | | | | | | | | | New York City Res. | 306.32 | 306.32 |
| Employee Totals: | | 90.00 | 10,800.00 | 90.00 | 10,800.00 | | 264.81 | 264.81 | | 2,340.28 | 2,340.28 |

**Rojas, Edgar - 13 -**

| Earnings | Rate | Cur Hours | Cur Amount | YTD Hours | YTD Amount | Deduction | Cur Amt | YTD Amt | Tax | Cur Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 Daily | 133.33 | 20.00 | 2,666.60 | 58.00 | 7,733.28 | 50 NY SDI | 7.20 | 7.20 | Federal | 392.56 | 392.56 |
| 02 Daily | 133.33 | 38.00 | 5,066.68 | 58.00 | 7,733.28 | YSNYS PFL | 39.56 | 39.56 | OASDI | 479.44 | 479.44 |
| | | | | | | | | | Medicare | 112.16 | 112.16 |
| | | | | | | | | | State NY | 284.04 | 284.04 |

**Reliable Payroll Services**
phone: ▮▮▮▮
fax: ▮▮▮▮
e-mail: ▮▮▮▮

Date Printed: 04/06/2026 1:11:28 PM (UTC-05:00)

Page 1

# #XXXXCAPR Crown Auto Parts & Recycling Inc

| Employee Name | | | | | | | | | Check Number | Check Date | Check Type | Net Check |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Earnings Description | Rate of Pay | Current | | YTD | | Deductions Description | Current Amount | YTD Amount | Taxes Description | | Current Amount | YTD Amount |
| | | Hours | Amount | Hours | Amount | | | | | | | |
| | | | | | | | | | New York City Res. | | 200.30 | 200.30 |
| Employee Totals: | | 58.00 | 7,733.28 | 58.00 | 7,733.28 | | 46.76 | 46.76 | | | 1,468.50 | 1,468.50 |
| **Smith, Christopher M - 7 -** | | | | | | | | | | | | |
| 01 Salary | 166.67 | 0.00 | 3,300.00 | 0.00 | 3,300.00 | 50 NY SDI | 6.00 | 6.00 | Federal | | 1,559.19 | 1,559.19 |
| 02 Daily | 166.67 | 49.00 | 8,166.83 | 49.00 | 8,166.83 | YSNYS PFL | 58.61 | 58.61 | OASDI | | 710.95 | 710.95 |
| | | | | | | | | | Medicare | | 166.25 | 166.25 |
| | | | | | | | | | State NY | | 564.84 | 564.84 |
| Employee Totals: | | 49.00 | 11,466.83 | 49.00 | 11,466.83 | | 64.61 | 64.61 | | | 3,001.23 | 3,001.23 |
| **Company** | | | | | | **89 Checks** | **7 EMPLOYEES** | | | | | 225,828.10 |
| 01 Salary | 0.00 | 0.00 | 226,300.00 | 0.00 | 226,300.00 | 50 NY SDI | 36.00 | 36.00 | Federal | | 10,411.55 | 10,411.55 |
| 02 Daily | 0.00 | 202.00 | 27,300.11 | 202.00 | 27,300.11 | 90 Loan/ Misc Repa | 250.00 | 250.00 | OASDI | | 12,114.79 | 12,114.79 |
| 01 1099 NEC | 0.00 | 26.00 | 3,560.00 | 26.00 | 3,560.00 | YSNYS PFL | 654.21 | 654.21 | Medicare | | 3,686.21 | 3,686.21 |
| | | | | | | | | | State NY | | 3,672.63 | 3,672.63 |
| | | | | | | | | | New York City Res. | | 506.62 | 506.62 |
| | | | | | | | | | | | 30,391.80 | 30,391.80 |
| | | | | | | | | | ER OASDI | | 12,114.79 | 12,114.79 |
| | | | | | | | | | ER MEDICARE | | 3,677.21 | 3,677.21 |
| | | | | | | | | | ER FUI | | 213.60 | 213.60 |
| | | | | | | | | | NY-Re-employment | | -0.04 | -0.04 |
| | | | | | | | | | NY-SUI | | 1,585.36 | 1,585.36 |
| | | | | | | | | | NY-Re-employment | | 40.70 | 40.70 |
| | | | | | | | | | | | 17,631.62 | 17,631.62 |
| Company Totals: | | 228.00 | 257,160.11 | 228.00 | 257,160.11 | | 940.21 | 940.21 | | | 48,023.42 | 48,023.42 |

**Reliable Payroll Services**
phone:
fax:
e-mail

Date Printed: 04/06/2026 1:11:28 PM (UTC-05:00)

Page 2

# EXHIBIT D

