

## LAW OFFICES OF
## ROBERT BELTRANI & ASSOCIATES P.C.
220 Mineola Blvd, Mineola, New York 11501
Ph: (516) 741-2405
Email rvbeltranilaw@gmail.com

DOCUMENT NO 48

July 10th, 2026

Honorable Nusrat J. Choudhury
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Carmine G. Agnello, 24-CR-366 (NJC)

Dear Judge Choudhury:

I represent defendant Carmine G. Agnello for the limited purpose of respectfully seeking a brief deferment of his self-surrender date, which is presently set for July 20, 2026. This submission is made under seal because it refers to the serious medical condition of a non-party family member and to supporting medical documentation submitted contemporaneously herewith.

Counsel does not make this application lightly. The Court previously received a request tied to an anticipated transplant procedure that did not ultimately proceed on the timetable then presented. In candor, that earlier request proved premature. I fully appreciate that this history may fairly cause the Court to view any renewed application with caution, and for that reason this request is made narrowly, soberly, and only because the medical circumstances have now materially changed.

Upon information and belief this Court has indicated it would be open to evaluating this matter again if exigent circumstances warranted same. Based on current medical information submitted under seal, Mr. Agnello's family member's condition has taken a serious turn for the worse, and the contemplated transplant procedure has become medically urgent prompting a scheduling of surgery for the week of August 3rd, 2026. Her latest labs reflect an eGFR of 17 mL/min and a creatinine level of 3.0 mg/dL which are indicative of Stage 4 chronic kidney disease (CKD) representing severe kidney damage requiring urgent medical attention. As such a leading area transplant institute has scheduled Mr. Agnello for a living donor nephrectomy on Monday August 3rd, 2026.

Mr. Agnello remains prepared to proceed as a donor when he is medically cleared by the treating physicians, and the family is now attempting to coordinate the surgery on an expedited basis.

Accordingly, Mr. Agnello respectfully requests that the Court defer his self-surrender date for sixty (60) days, from July 20, 2026, to September 18, 2026. As noted, the surgery is anticipated to occur on August 3rd, 2026. This is not an effort to revisit the sentence imposed by the Court, nor is it a

request for an open-ended delay. It is instead a limited plea for a short period of time so that this now-urgent medical procedure may occur and so that Mr. Agnello may recover sufficiently to surrender safely and in an orderly manner.

To address any legitimate concern about reliability, Mr. Agnello is prepared to remain subject to all presently existing conditions of release during the requested adjournment. If the Court deems it appropriate, he is also willing to accept additional conditions, including home detention, electronic monitoring, and travel restricted strictly to medical appointments, treatment, and conferences with counsel.

I recognize that mercy is never owed and that credibility, once diminished, must be restored by restraint and candor. That is why this application is based on present medical necessity supported by current documentation, rather than on anticipated schedules or contingent plans. If the Court is inclined to grant the requested relief, Mr. Agnello will promptly provide a sealed status update by August 28, 2026, or on such other date as the Court may direct.

Thank you for the Court's time and consideration.


Respectfully submitted,


ROBERT BELTRANI & ASSOCIATES, P.C.


By: /s/ Robert V Beltrani
Robert V. Beltrani
220 Mineola Boulevard
Mineola, New York 11501
(516) 741-2405
rvbeltranilaw@gmail.com
Attorney for Defendant Carmine G. Agnello
For the Limited Purpose Set Forth Herein


cc: Counsel for the Government (via ECF)

11:35
◀ Messages



# Nicole Ali, MD

## NYU LANGONE TRANSPLANT ASSOCIATES

403 East 34th Street, Third Floor, New York NY  10016

Phone 212-263-8134

Fax 212-263-8157

July 8, 2026

To Whom It May Concern,

Please be advised that our patient, Victoria Gotti, is schedul

for a living donor kidney transplant on Monday, August 3,

2026.  Victoria will require a *minimum* of 3 months of recove

after her transplant however this will be reassessed post

transplant.


Sincerely,

Joan Kelly, RN, CCTC


RE: Gotti, Victoria -- 12180777

Page 1 of 1


mychart.nyulmc.org — Private

Desk



Latest. And worst labs. EGFR 17(15 medical emergency). Creatinine. 3.0. Stage 4 failure.



**July 10, 2026**

To Whom It May Concern:

Carmine Agnello is scheduled for a living donor nephrectomy at NYU Langone Health on Monday, August 3, 2026. The standard hospital admission for this surgery is 2 days. During his recovery, Mr. Agnello will require a flexible schedule that allows for rest as needed. He should avoid any activities that involve bending, twisting, and/or prolonged standing or sitting upright for 2-4 weeks after surgery, and should avoid lifting over 15 pounds for 6-8 weeks after surgery.

Thank you,

**Living Donor Team**

**NYU LANGONE TRANSPLANT INSTITUTE**
317 EAST 34TH STREET
8TH FLOOR
NEW YORK NY 10016-4910
Phone: 212-263-3621
Fax: 212-263-1115