

## LAW OFFICES OF
## ROBERT BELTRANI & ASSOCIATES P.C.

220 Mineola Blvd, Mineola, New York 11501
Ph: (516) 741-2405
Email rvbeltranilaw@gmail.com

August 4th, 2026

Honorable Nusrat J. Choudhury
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Carmine G. Agnello, 24-CR-366 (NJC)

Consonant with this Court's directives I am writing the Court to provide an update on the status of kidney transplantation procedure scheduled initially for August 3, 2026. As you know Mr. Agnello's treating physician and the treating physician of the anticipated organ recipient previously attested that the procedure was scheduled for August 3, 2026. (See ECF Nos. 49, 50)

I have been advised that the kidney donor recipient was tested last week in preparation for same and has a serious infection requiring a battery of antibiotics which has prompted what is expected to be a minor delay in the transplantation (See Attachments).

It is nonetheless hoped that she will be cleared for surgery in the coming days and Mr. Agnello stands ready to provide the donation and simply awaits word of a greenlight for surgery.

It is understood that given "that the anticipated organ transplant procedure does not take place on August 3, 2026, Mr. Agnello *must* self-surrender to the Bureau of Prisons by 2:00 p.m. on August 10, 2026.

Notwithstanding same we do have high hopes that the procedure may take place before August 10th, 2026, in which case we would ask that the Court would consider allowing Mr. Agnello to "self-surrender to the Bureau of Prisons by 2:00 pm on September 18, 2026," consonant with the general spirit of this Court's deferment order.

Obviously if the Hospital is unable to proceed by the 10th because the recipient's infection has not abated, we will apprise the Court forthwith and Mr. Agnello would surrender to the Bureau of Prisons as directed by no later than 2:00 p.m. on August 10, 2026.

Unfortunately, much to my consternation the profile of this case would seem to be causing extra delays with the Hospital's legal department. I apologize for not being in a position to provide more complete information.

Thank you for the Court's time and consideration.

Respectfully submitted,

/s/ Robert Beltrani

ROBERT BELTRANI & ASSOCIATES, P.C.


By: /s/ Robert V Beltrani
Robert V. Beltrani
220 Mineola Boulevard
Mineola, New York 11501
(516) 741-2405
rvbeltranilaw@gmail.com
Attorney for Defendant Carmine G. Agnello
For the Limited Purpose Set Forth Herein


cc: Counsel for the Government (via ECF)

 **Gmail**                                                    Robert Beltrani <rvbeltranilaw@gmail.com>

## Re: setRE: Gotti and Agnello [NYULH-OGC.FID71886]

**Robert Beltrani** <rvbeltranilaw@gmail.com>                              Tue, Aug 4, 2026 at 12:33 PM
To: "Lowy, Lynn" <Lynn.Lowy@nyulangone.org>
Cc: "Jrblawfirm@aol.com" <jrblawfirm@aol.com>

Ms. Lowy, at this point I will take an enail. My preference would be on letterhead bit as I indicated earlier, time is of the essence.

Please send what you can. Thank you again for your assistance. Also, if they have an anticipated.new surgery date please include that along with a brief description as to why it was postponed.

Sincerely,

Robert V. Beltrani Esq.
**The Law Offices of Robert V. Beltrani**
**220 Mineola Blvd. Suite 10**
**Mineola, New York 11501**
**(917) 886-8540**

**CONFIDENTIALITY NOTICE:** THIS E-MAIL MESSAGE (AND ANY ATTACHMENTS HERETO) IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIPIENT(S) AND MAY CONTAIN LEGALLY PRIVILEGED ATTORNEY-CLIENT INFORMATION AND/OR CONFIDENTIAL OR PROPRIETARY INFORMATION, AND/OR MAY CONTAIN ATTORNEY WORK PRODUCT, THAT IS EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR OR YOU ARE NOT THE NAMED RECIPIENT(S), YOU MAY NOT REVIEW, DISSEMINATE, DISTRIBUTE OR COPY THIS MESSAGE (OR ANY ATTACHMENTS HERETO) AND WE REQUEST THAT YOU PLEASE IMMEDIATELY NOTIFY THE SENDER BY REPLY E-MAIL AND DELETE THIS E-MAIL MESSAGE AND ANY ATTACHMENTS FROM YOUR COMPUTER. THANK YOU.

**IRS CIRCULAR 230 DISCLOSURE:** TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE INTERNAL REVENUE SERVICE, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

On Tue, Aug 4, 2026, 12:23 PM Lowy, Lynn <Lynn.Lowy@nyulangone.org> wrote:

> Is an email addressed to you from the health care team sufficient? Do you need a pdf on letterhead?
>
> Please send your specific request to me so that I can facilitate getting the information regarding the patient to you in a timely manner.
>
> Lynn
>
> Lynn Feldman Lowy
>
> Senior Counsel (Patient Care and Medical Staff)
>
> **NYU Langone Health**
>
> One Park Avenue, 3rd Floor
>
> New York, NY 10016

Phone: 212-404-4072

Fax: 212-404-4092

lynn.lowy@nyulangone.org

NOTICE: This e-mail (including any attachments) is intended solely for the designated recipient(s) and may contain privileged, proprietary, confidential or otherwise private information.  Unauthorized use, copying, disclosure or distribution of this e-mail, in whole or in part, is strictly prohibited.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and delete the original (including any attachments).  Thank you.

**From:** Jrblawfirm@aol.com <jrblawfirm@aol.com>
**Sent:** Tuesday, August 4, 2026 12:16 PM
**To:** Lowy, Lynn <Lynn.Lowy@nyulangone.org>; Robert Beltrani <rvbeltranilaw@gmail.com>
**Subject:** Re: setRE: Gotti and Agnello [NYULH-OGC.FID71886]

# [EXTERNAL]

Good morning Ms. Lowy:

Just following up.  We need to efile the letter today.

Please help us.

Thanks

Law Offices of Joseph R. Bongiorno & Associates

220 Mineola Blvd, Suite 10

Mineola, NY 11501

516-741-2405

Fax 516 741-2554

On Tuesday, August 4, 2026 at 10:13:27 AM EDT, Robert Beltrani <rvbeltranilaw@gmail.com> wrote:

Good morning, as you are aware the transplant surgery has been delayed. The recipient has been told legal needs to be involved here. I am required to notify the court today. Im hoping to get a letter from the doctors explaining why the surgery did not take place and if possible an anticipated new surgery date.

Once again, time is if the essence. I've been informed that the team was ready willing and able to provide this information but was instructed that it had to go through the legal department. Your cooperation is greatly appreciated. Thank you in advance.

Sincerely,

Robert V. Beltrani Esq.

**The Law Offices of Robert V. Beltrani**

**220 Mineola Blvd. Suite 10**

**Mineola, New York 11501**

**(917) 886-8540**

**CONFIDENTIALITY NOTICE:** THIS E-MAIL MESSAGE (AND ANY ATTACHMENTS HERETO) IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIPIENT(S) AND MAY CONTAIN LEGALLY PRIVILEGED ATTORNEY-CLIENT INFORMATION AND/OR CONFIDENTIAL OR PROPRIETARY INFORMATION, AND/OR MAY CONTAIN ATTORNEY WORK PRODUCT, THAT IS EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR OR YOU ARE NOT THE NAMED RECIPIENT(S), YOU MAY NOT REVIEW, DISSEMINATE, DISTRIBUTE OR COPY THIS MESSAGE (OR ANY ATTACHMENTS HERETO) AND WE REQUEST THAT YOU PLEASE IMMEDIATELY NOTIFY THE SENDER BY REPLY E-MAIL AND DELETE THIS E-MAIL MESSAGE AND ANY ATTACHMENTS FROM YOUR COMPUTER. THANK YOU.

**IRS CIRCULAR 230 DISCLOSURE:** TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE INTERNAL REVENUE SERVICE, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

On Wed, Jul 15, 2026, 8:25 AM Lowy, Lynn <Lynn.Lowy@nyulangone.org> wrote:

I will.

Get Outlook for iOS

---

**From:** Jrblawfirm@aol.com <jrblawfirm@aol.com>
**Sent:** Wednesday, 15 July 2026 08:21:50
**To:** Lowy, Lynn <Lynn.Lowy@nyulangone.org>
**Cc:** Robert Beltrani <rvbeltranilaw@gmail.com>
**Subject:** Re: setRE: Gotti and Agnello [NYULH-OGC.FID71886]

# [EXTERNAL]

Good morning I am sorry to bother you, can you please inquire as to the declarations so that I can efile today.



12:43

## Past Visit Details

# Telephone - Jul 30, 2026
with Carly McNulty, RN at NYU Langone Transplant Institute

Shared Notes

**Telephone Encounter by Carly McNulty, RN** at 7/30/2026 12:38 PM

Per Dr. Ali, OR needs to be cancelled due to recipient issue. Relayed to patient. Patient will speak with recipient, he is aware donor team will reach out when able to reschedule per Dr. Ali.